**Andre Ramon CRAVER,**
**Plaintiff–Appellant,**

v.

**Dr. S.M. ROCHE; et al., Defendants–**
**Appellees.**

No. 08–17083.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 7, 2009.

Andre Ramon Craver, Susanville, CA, pro se.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James W. Walter, Deputy Assistant Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Andre Ramon Craver, a California state prisoner, appeals pro se from the district court's judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Craver failed to raise a genuine issue of material fact as to whether defendants were deliberately indifferent to his knee conditions. *See id.* at 1057–58 (explaining that prison officials must know of and disregard a substantial risk of serious harm for their conduct to constitute deliberate indifference, and that a difference of medical opinion concerning treatment does not amount to deliberate indifference).

We find unpersuasive Craver's contentions concerning his motion filed in district court for a single-cell assignment.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.